No. 2,576.—BARIL SCALARBRIN, PLAINTIFF AND RESPONDENT, *v.* GREAT NORTHERN RY. CO. ET AL., DEFENDANTS AND APPELLANTS.

*Appeal from District Court, Silver Bow County; George M. Bourquin, Judge.*

Decided June 11, 1908.

PER CURIAM.—Upon stipulation of counsel, it is ordered that the judgment in the above-entitled action be reversed and the cause remanded at respondent's cost; this order not to be construed as in anywise determining the merits.

*Mr. I. Parker Veazey,* and *Mr. E. L. Bishop,* for Appellant.

*Mr. C. M. Parr,* for Respondent.

———

No. 2,540.—HARRY L. KELLY, PLAINTIFF AND RESPONDENT, *v.* NORTHERN PACIFIC RY. CO., DEFENDANT AND APPELLANT.

*Appeal from District Court, Yellowstone County; Sydney Fox, Judge.*

Decided July 18, 1908.

PER CURIAM.—It is hereby ordered, in accordance with motion of appellant on file herein, that the appeal in the above-entitled cause be, and the same is hereby, dismissed as settled.

*Messrs. Wallace & Donnelly,* for Appellant.

*Mr. Harry A. Groves,* and *Mr. Wm. Gallagher,* for Respondent.